UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:17-CV-159-JRG-RSP

Name of party requesting extension: Motorola Mobility LLC

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 03/10/2017

Number of days requested:  ☐ 30 days  ☑ 15 days  ☐ Other ____ days

New Deadline Date: 05/16/2017  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jay B. Johnson
State Bar No.: 24067322
Firm Name: Kizzia Johnson PLLC
Address: 1910 Pacific Ave. Suite 13000
         Dallas, TX 75201

Phone: (214) 451-0164
Fax: (214) 451-0165
Email: jay@kjpllc.com

A certificate of conference does not need to be filed with this unopposed application.