# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No: 2:17-cv-159- JRG-RSP |
| MOTOROLA MOBILITY LLC | § § § | |
| Defendants. | § § § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT MOTOROLA MOBILITY LLC WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a), Plaintiff Rothschild Connected Devices Innovations LLC moves the Court to dismiss all of its claims against Defendant Motorola Mobility LLC with prejudice in consideration for which each party agrees to bear its own attorneys' fees and costs. Based upon the foregoing, Rothschild respectfully requests that the Court enter the proposed order of dismissal submitted herewith.

| | |
|---|---|
| Dated: April 28, 2017 | Respectfully Submitted, |

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 28, 2017.

*/s/ Jay Johnson*
Jay Johnson

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on April 28, 2017 and that Defendant does not oppose this motion.

*/s/ Jay Johnson*
Jay Johnson