**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No: 2:17-cv-159- JRG-RSP |
| MOTOROLA MOBILITY LLC | § § § | |
| Defendants. | § § | |
| _____ | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's motion to dismiss with prejudice Defendant Motorola Mobility LLC pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Motorola Mobility LLC are dismissed with prejudice.

**SIGNED this 30th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE